[No. 61758-3-I.   Division One.   June 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAURO
HERNANDEZ-ZARATE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-07028-8, Palmer Robinson, J., entered
April 28, 2008. *Remanded* by unpublished opinion per Lau,
J., concurred in by Becker and Leach, JJ.

[No. 62027-4-I.   Division One.   June 1, 2009.]

*In the Matter of the Marriage of* MICHELLE GAMELIN,
*Respondent*, and STEPHEN TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-3-04703-8, Monica J. Benton, J., entered
June 27, 2008. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Schindler, C.J., and Cox, J.

[No. 62444-0-I.   Division One.   June 1, 2009.]

PAMELA LARRY, *Appellant*, v. HARTFORD FIRE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-08985-1, Michael J. Fox, J., entered August 29, 2008. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Agid and Leach, JJ.

[No. 62553-5-I.   Division One.   June 1, 2009.]

*In the Matter of the Marriage of* TINA R. NASH, *Appellant*,
and JAMES E. NASH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 07-3-07494-9, Douglass A. North, J., entered
October 28, 2008. *Affirmed* by unpublished opinion per
Schindler, C.J., concurred in by Grosse and Lau, JJ.